The People of the State of New York ex rel. New York, Ontario and Western Railway Company, Respondent, v. John A. Ballantine and Others, as Assessors of the Town of Hamden, Delaware County, New York, Appellants. (Proceeding No. 3.) — Order affirmed, with ten dollars costs and disbursements. All concurred.

Ida A. Chew, Appellant, v. Herbert C. Sheldon and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Michael J. Doonan, Respondent, v. The J. W. Bishop Company, Appellant. — Motion denied.

James Green and Others, Respondents, v. Charles F. W. Horn, Appellant.— Motion denied.

George S. Kidder, Appellant, v. Port Henry Iron Ore Company of Lake Champlain and Lake Champlain and Moriah Railroad Company, Respondents. — Motion granted and the following questions certified: 1. Does the complaint state facts sufficient to constitute a cause of action against the defendant Port Henry Iron Ore Company of Lake Champlain? 2. Does the complaint state facts sufficient to constitute a cause of action against the defendant Lake Champlain and Moriah Railroad Company.

John R. Loomis, Jr., Respondent, v. Edgar R. Jackson and Another, Appellants.— Interlocutory judgment modified so as to authorize the defendants to amend answer upon payment of costs at Special Term, and as so modified affirmed, with twenty dollars costs in this court, which must also be paid as a condition to the defendants' right to amend answer.

In the Matter of the Judicial Settlement of the Account of Proceedings of Laura L. Van Alstyne and Another, as Executors, etc., of Thomas J. Van Alstyne, Deceased.— Motion denied, with ten dollars costs, with privilege to renew upon payment of such costs, upon affidavits showing that proper exceptions taken by the respondent do not appear in the record, the affidavits to show the questions, objections and rulings which it is claimed were omitted from the record.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc., in the Towns of Gardiner, etc., Ulster County, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. Daniel B. Deyo, Claimant, Appellant.— Motion denied.

The People of the State of New York ex rel. Henry S. McCall, Relator, v. The City of Albany and Others, Respondents.— Motion denied.

The People of the State of New York ex rel. Western New York and Pennsylvania Railway Company, Appellant, v. Egburt E. Woodbury and Others, as Tax Commissioners, etc., and the City of Rochester, Respondent.— Motion granted.

Benjamin F. Spraker, Plaintiff, v. Thomas C. Platt and Others, Defendants. — Upon stipulation, ordered that the action proceed before Justice Henry T. Kellogg.